UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BIMBO BAKERIES USA, INC., | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. _____ |
| CHRIS BOTTICELLA, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR TEMPORARY AND**
**PRELIMINARY INJUNCTION AND OTHER RELIEF**

Pursuant to Rule 65 (a) of the Federal Rules of Civil Procedure, Plaintiff Bimbo Bakeries USA, Inc. ("BBakeries" or "Company"), by and through its undersigned counsel, moves the Court for an Order enjoining Plaintiff from becoming employed by the Company's direct competitor, Hostess Brands, Inc., and from using or presenting Company trade secrets or other confidential and proprietary information belonging to BBakeries, its parents, subsidiaries or affiliates, to third-parties, including Hostess Brands, Inc. Plaintiff relies upon the attached Declaration and support exhibits, together with its Memorandum of Law and Complaint.

Dated: January 15, 2010

Respectfully submitted,

/s/ Kasturi Sen
Michael L. Banks
Victoria L. Gorokhovich
Kasturi Sen
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5387/5642/5600
mbanks@morganlewis.com
vgorokhovich@morganlewis.com
ksen@morganlewis.com

Attorneys for Plaintiff
BIMBO BAKERIES USA, INC.

# CERTIFICATE OF SERVICE

I, hereby certify that on this 15th day of January, 2010, I caused to be served a true and correct copy of the foregoing documents upon all other parties to this action by first class United States mail, postage prepaid, addressed as follows:

Chris Botticella
31721 Via Coyote
Trabuco Canyon, CA   92679

Kasturi Sen