UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BIMBO BAKERIES USA, INC.**<br><br>                *Plaintiff*,<br><br>  v.<br><br>**CHRIS BOTTICELLA,**<br><br>                *Defendant*. | Civil Action No. 2:10-CV-00194-RBS |

**PRAECIPE TO WITHDRAW DEFENDANT'S MOTION
TO SUPPLEMENT RECORD SO AS TO
CORRECT MISLEADING ARGUMENT**

TO THE CLERK:

       Kindly withdraw Defendant Chris Botticella's Motion to Supplement Record So As To Correct Misleading Argument, which was filed with the Court on February 4, 2010.

       Respectfully submitted,

          /s/ Elizabeth K. Ainslie
      Elizabeth K. Ainslie (I.D. No. 35870)
      SCHNADER, HARRISON SEGAL & LEWIS LLP
      1600 Market Street, Suite 3600
      Philadelphia, PA 19103
      215-751-2000 (tel)
      215-972-2205 (fax)

Dated: February 4, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe to Withdraw Defendant's Motion to Supplement Record So As to Correct Misleading Argument has been filed electronically and is available for viewing and downloading from the ECF system, and that the following counsel has consented to electronic service:

>Michael L. Banks, Esquire
>Morgan, Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, Pennsylvania
>*Attorney for Plaintiff*

>    /s/Elizabeth K. Ainslie
>Elizabeth K. Ainslie
>SCHNADER, HARRISON SEGAL & LEWIS LLP
>1600 Market Street, Suite 3600
>Philadelphia, PA 19103
>215-751-2359 (tel)
>215-751-2205 (fax)
>Attorney for Defendant

February 4, 2010