IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIMBO BAKERIES USA, INC., : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 10-0194 |
| CHRIS BOTTICELLA : | |

**ORDER**

AND NOW, this  9th  day of February, 2010, upon consideration of Plaintiff's Motion for Temporary and Preliminary Injunction and Other Relief (Doc. No. 2), after a hearing in open court, and in accordance with the Findings of Fact and Conclusions of Law filed herewith, it is ORDERED as follows:

1. Plaintiff's Motion for Temporary and Preliminary Injunction and Other Relief is GRANTED.

2. Defendant is ENJOINED from commencing employment with Hostess Brands, Inc.

3. Defendant is ENJOINED from divulging any trade secrets, proprietary information, or confidential information belonging to Plaintiff, its parent, subsidiaries, or affiliates to Hostess Brands, Inc., or to any other person, company, or entity.

4. Defendant shall immediately return to Plaintiff any confidential or proprietary information belonging to Plaintiff that is in his possession or control, in whatever form that information exists, including, but not limited to any physical or electronic documents and copies thereof, with the exception of documents and information pertaining to Defendant's personal compensation.

5. This preliminary injunction shall remain in effect until a determination on the merits after trial.

6. Trial is scheduled for April 12, 2010.

7. A conference call will be initiated by the Court to discuss scheduling matters.

8. Defendant shall provide a copy of this Order to Hostess Brands, Inc.

IT IS SO ORDERED.

                                            BY THE COURT:

_____
U.S. District Judge